IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THOMAS C. RAY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil No. 05-948-TC ) ) ORDER |
| BRIAN BELLEQUE, | ) ) |
| Respondent. | ) ) |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 19, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is denied without prejudice.

IT IS SO ORDERED.

DATED this **3rd** day of **April**, 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER